# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                               SUPERIOR COURT DEPARTMENT
                                             CIVIL ACTION NO. MICV2013-01292D

SHAUN C. PETERSON,           )
    Plaintiff,               )
                             )
v.                           )
                             )
TODD A. MONGEAU,             )
D.L. PETERSON TRUST and      )
COCA-COLA REFRESHMENTS       )
USA, INC.,                   )
    Defendant(s)             )

## PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY CLAIM

1. The plaintiff, Shaun C. Peterson, (hereinafter, "Plaintiff") is an individual and resides at 39 Church Street, North Attleboro, County of Bristol, Massachusetts.

2. The defendant, Todd A. Mongeau (hereinafter, "Mongeau") is an individual and resides at 95 Duchess Road, Cumberland, RI.

3. The defendant, D.L. Peterson Trust (hereinafter, "D.L."), a corporation with a business location of 940 Ridge Brook Road, Sparks, MD.

4. The defendant, Coca-Cola Refreshments USA, Inc. (hereinafter, "Coca-Cola."), a corporation with a business location of 80 Second Avenue, Waltham, County of Middlesex, Massachusetts.

## FACTS

5. The plaintiff incorporates herein by reference to the preceding paragraphs of this Complaint as if fully set forth herein.

6. On or about October 4, 2010, the plaintiff, Shaun C. Peterson, was the operator of a motor vehicle on South Main Street in Attleboro, MA.

7. On or about October 4, 2010, the defendant, Todd A. Mongeau, was the operator of a motor vehicle on South Main Street in Attleboro, MA.

8. The defendant, Todd A. Mongeau was traveling behind the plaintiff's vehicle on South Main Street, Attleboro, MA, at all relevant times.

9. At all relevant times, the defendant, Todd A. Mongeau carelessly and negligently operated his motor vehicle, in violation of Mass.Gen.L. c.89, 90 and 720 C.M.R. 9.06.,

while within the scope of his employment with Coca-Cola Refreshments USA, Inc., on South Main Street, Attleboro, MA, causing his vehicle to collide with the rear of the plaintiff's stopped vehicle.

10. At all relevant times, the defendant, Todd A. Mongeau, was in the course and scope of his employment with co-defendant, Coca-Cola Refreshments USA, Inc.

11. At all relevant times, the defendant, Todd A. Mongeau, was the permissive driver of the vehicle he was operating, which was owned by co-defendant, D.L. Peterson Trust.

## COUNT I
### (Shaun C. Peterson v. Todd A. Mongeau)

12. The plaintiff incorporates herein by reference the preceding paragraphs of this Complaint as if fully set forth herein.

13. At all times relevant hereto, the defendant, Todd A. Mongeau carelessly and negligently operated his motor vehicle, in violation of Mass.Gen.L.c.89 90 and 720 C.M.R. 9.06, so as it cause his motor vehicle to collide with the rear of the motor vehicle operated by the plaintiff, Shaun C. Peterson.

14. As a direct and proximate result of the carelessness and negligence of the defendant, Todd A. Mongeau, the plaintiff has suffered severe, disabling and permanent injuries, including medical expenses in excess of $2,000, will continue to incur medical expenses in the future, and has suffered and will continue to suffer pain of body and mind, has been and will be unable to carry on his usual duties, has suffered loss of wages and diminution of earning capacity and has been otherwise damaged.

WHEREFORE, the Plaintiff, Shaun C. Peterson, demands judgment against the Defendant, Todd A. Mongeau, in an amount to be determined by this Court, plus interest and costs.

## COUNT II
### (Shaun C. Peterson v. D.L. Peterson Trust)

15. The Plaintiff incorporates herein by reference the preceding paragraphs of this Complaint as if fully set forth herein.

16. At all relevant times, the defendant D.L. Peterson Trust was the registered owner of the vehicle negligently operated by co-defendant, Todd A. Mongeau, and is legally responsible for the injuries and damages caused by said negligence.

17. As a direct and proximate result of the negligence aforesaid, the plaintiff, Shaun C.

Peterson, suffered physical injuries, resulting in lost wages and necessary medical expenses in excess of $2,000.

WHEREFORE, the Plaintiff demands judgment against the Defendant, D.L. Peterson Trust in an amount to be determined by this Court, plus interest and cost.

## COUNT III
### (Shaun C. Peterson v. Coca-Cola Refreshments USA, Inc.)

18. The plaintiff incorporates herein by reference to the preceding paragraphs of this Complaint as if fully set forth herein.

19. At all times relevant hereto, the defendant, Coca-Cola Refreshments USA, Inc. employed the defendant, Todd A. Mongeau, who was in the course and scope of his employment at the time of the October 4, 2010 motor vehicle accident, and is vicariously liable for damages caused by Todd A. Mongeau's negligent actions on that day.

20. As a direct and proximate result of the defendant, Coca-Cola Refreshments USA, Inc.'s carelessness and negligence, the plaintiff, Shaun C. Peterson, has suffered severe, disabling and permanent injuries, including medical expenses in excess of $2,000, will continue to incur medical expense in the future, has suffered and will continue to suffer pain of body and mind, has been and will be unable to carry on his usual duties, has suffered lost wages and dimunition of earning capacity and has otherwise been damaged.

WHEREFORE, the Plaintiff, Shaun C. Peterson. demands judgment against the Defendant, Coca-Cola Refreshments USA, Inc., in an amount to be determined by this Court, plus interest and cost.

## JURY CLAIM

The plaintiff demands a trial by jury as to all issues.

Respectfully Submitted,
Plaintiff, Shaun C. Peterson,
By His Attorney,

_____
Paul E. Mitchell, BBO No. 550491
Mitchell & DeSimone
101 Arch Street
Boston, MA 02110
(617) 737-8300
pmitchell@mitchelldesimone.com

3